UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDIAS ANTOINE,

       Petitioner,                                     Case No. 14-14933
                                                                         HON TERRENCE G. BERG

     v.

THOMAS MACKIE.

       Respondent.

_____/

## JUDGMENT

The above entitled matter came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Court's Opinion and Order entered on November 2, 2015:

   1) The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

   2) A Certificate of Appealability is DENIED.

   3) Petitioner is DENIED leave to appeal in forma pauperis.

Dated at Flint, Michigan: November 2, 2015.

                                                                    DAVID J. WEAVER
                                                                    CLERK OF THE COURT

                                                                    s/Amanda Chubb
                                                                    Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 2, 2015, by electronic and/or ordinary mail.

s/A. Chubb
Case Manager and Deputy Clerk
